The Bank of United States, Respondent, v. Louis J. Glickman and Herman Glickman, Appellants.— Judgment unanimously reversed, with costs, and judg-

ment directed in favor of the defendants dismissing the complaint upon the merits, with costs, upon the authority of *President & Directors of Manhattan Company* v. *Callister Brothers, Inc.* (256 App. Div. 1097; affd., 282 N. Y. 629). Settle order on notice. Present — Martin, P. J., O'Malley, Townley and Callahan, JJ.